UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

JUL 1 0 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 3:25-CV-495-GM
*(to be filled in by the Clerk's Office)*

Kenneth E. Dunlap Jr

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See Attached

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ● Yes ☐ No

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kenneth E. Dunlap Jr
Address: 10850 Providence Rd. #1121
City: Charlotte
State: NC
Zip Code: 27603
County: Mecklenburg County
Telephone Number: 704-806-1286
E-Mail Address: kennethdunlap33@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: North Carolina Industrial Commission
Job or Title (if known): N/A
Address: 430 N. Salisbury St
City: Raleigh
State: NC
Zip Code: 27603
County: Wake County
Telephone Number: 919-807-2500
E-Mail Address (if known): gina.cammarano@ic.nc.gov

☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Hardison & Cochran: Personal Injury Lawyers
Job or Title (if known): Atty Rep: Joey Demartin
Address: 7340 Six Forks Rd
City: Raleigh
State: NC
Zip Code: 27615
County: Wake County
Telephone Number: 919-444-4444
E-Mail Address (if known): joey@lawyernc.com

☒ Individual capacity  ☒ Official capacity

Defendant No. 3
- Name: Sentry Insurance
- Job or Title (if known): N/A
- Address: 1800 North Point Drive
- City: Stevens Point  State: WI  Zip Code: 54481
- County: Portage County
- Telephone Number: 1-800-473-6879
- E-Mail Address (if known): ClaimsCAMPN@sentry.com

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
- Name: Teague & Campbell attorneys at law
- Job or Title (if known): Atty Rep: Jason Gonzalez
- Address: 4140 Parklake Ave #600
- City: Raleigh  State: NC  Zip Code: 27612
- County: Wake County
- Telephone Number: 919-873-0166
- E-Mail Address (if known): JGonzalez@teaguecampbell.com

☒ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process, Equal Protection, Right to fair trial.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____N/A_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____See Attached._____

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_____See Attached._____

B. What date and approximate time did the events giving rise to your claim(s) occur?

_____See Attached._____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____See Attached._____

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

broken wrist distal radius fracture/ Scaphoid fracture.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-10-25

Signature of Plaintiff
Printed Name of Plaintiff    Kenneth E. Dunlap Jr

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

The beginning of my issues begin with recognizing an erroneous federal agenda has been cast upon my by intercepting multiple processes that I am involved with in reference to civil suits and claims that have nothing to do directly with the original workmans comp claim that is the catalyst for the violations I'm complaining about; such as two lawsuits that were filed against CMPD, the State of North Carolina, City of Charlotte, and Atrium Health that were mishandled and embezzlement took place that I'm still trying to get to the bottom of. Some of the information of another civil case was not properly filed as well as the information was taken, edited, and filed in various court houses across America which is concerning.

**Rights that have been violated:**

**II.(A-D) III.(A-C) Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law**

Due Process, Equal Protection, Right to fair trial.

Erin Taylor on behalf of the North Carolina Industrial Commission, a group of former classmates/federal informants, as well as a continued federal agenda spear headed by Aaron Sarvis, Paula aka Ms.Haywood which is really offensive for her to be federally involved, took it upon herself to string things along for three years, ignore due process, obstruct justice by adding documentation that isn't filed stamped or even involved in any thing reality based, go to the field office and claim to be involved in something that seemed scary, and have the audacity to mention herself in retrospect to my military involvement and her needing to be directly involved. She oversaw several fake proceedings in which I requested electronic transcripts, they were never released and the individuals involved seemed to be former coworkers which is completely uncomfortable. Erin Taylor turned a blinded eye after embezzlement ensued with an attorney I withdrew representation from and had the audacity to keep the appearances going before emailing an unfiled denial. The industrial commission oversaw the defendants go through attorneys withdrawing four times, each time stringing things along intentionally.

Jonathan Gonzalez is a federal informant that has violated my civil rights by involving the intricate details of my CMPD lawsuit, suit amounts, as well as attempted to add information involving others without my consent, leaving me walking around with the whole town knowing my personal business as well as feeling they can be involved in a suit of their own by engaging in problematic situations through me. He also slandered my name and took a jab at my character by releasing false information about my criminal record, being that I have no criminal record that was facetious and salacious commentary publicly.

Joey Demartin of Hardison & Cochran is involved in conducting a zoom settlement mediation in which I was not properly involved or in attendance, while communicating only on phone. The settlement mediation that took place was odd and the amount that I was offered seemed off, so I declined. After later reading documentation, he falsely stated that I wanted to opt out of a Sentry claim which I never requested, in hindsight it was more than likely a more sizable insurance claim. He falsified Medicare documentation claiming a certain amount of reimbursement that was later not documented by medicare after calling and verifying. Falsified

information has been associated with settlement mediation documenting individuals whom I've never been involved with or asked about in reference to this case. Several instances have taken place where the defendants have been fined as well as Sentry Insurance, and several other involved participants. Sentry insurance has been avoiding me after communicating with a representative who told me two claims were filed in my name. One was denied and another was accepted. The accepted claim #55C807556 was never dispersed to me and they have avoided any communication about said claim as well as Joey Demartin has avoided the communication.

Dr. Valentine, although a good surgeon who was polite and did a good job, threw me off when documentation was needed. I was instructed to get certain documentation about disability ratings as well as doctoral opinion and was met with the shrewd, cold shoulder. I was told that the individual whose opinion needed for the completion of the opinion aspect was Dr. Valentine and I was denied my request by him personally.

What I would like done is for the whole situation to be examined from beginning to now. Take into consideration the deliberate acts against me, going forward day by day with my civil rights being violated, maintaining positivity, the new asserted mental strain/stress that's been added to an already heavy load of anxiety and paranoia. Rid all aspects of erroneous federally based begging that information not properly be disclosed and get to the bottom of the original Sentry claim that was accepted, the zoom settlement mediation that was botched, as well as the erroneous involvement of Joey Demartin. I would like the electronic transcript request looked into, even the validity of the company that supposedly provides them (Huseby Global Litigation) 1-800-333-2082.

These people are apart of some federal agenda that knows Im not gonna leave any of my issues alone and want me to move forward to that someone else can financially gain to share amongst a group of lowly informants as well as thought they would find a crafty way to tie together a CMPD lawsuit as if that's not a separate personal issue that has made things even more uncomfortable for them to even know about my personal business when I've never revealed it to anyone. I am requesting relief in the amount of $1,000,000.00